# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1182
LT Case No. 16-2014-CF-011733-A

_____

DEANDES L. YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Deandes L. Young, Okeechobee, pro se.

James Uthmeier, Attorney General, and Elizabeth Spiaggi,
Assistant Attorney General, Tallahassee, for Appellee.

August 11, 2026


PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and MacIVER, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––